
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. **21-MJ-0721** |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 8, USC 1324(a)(1)(A)(ii) Transportation of Illegal Aliens |
| Juan Francisco SANCHEZ-Campos, | Title 18, USC 758- High Speed Flight from Immigration Checkpoint |
| Defendant. | |

The undersigned complainant being, duly sworn, states:

COUNT ONE:

On or about February 23, 2021, within the Southern District of California, defendant Juan Francisco SANCHEZ-Campos, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Albino Torres-Farias, Miguel Angel Guzman-Bermudez and Fernando Guzman-Bermudez, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

COUNT TWO:

On or about February 23, 2021, within the Southern District of California, defendant, Juan Francisco SANCHEZ-Campos, while in a motor vehicle, did willfully flee and evade a checkpoint operated by the United States Border Patrol, a federal law enforcement agency, and did willfully flee federal law enforcement officers at a speed in excess of the legal speed limit: in violation of Title 18 United States Code, Section 758.

SIGNATURE OF COMPLAINANT
Matthew R. Kucewicz
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,

THIS 24th DAY OF February, 2021.

*William V Gallo*
HON. WILLIAM V. GALLO
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Juan Francisco SANCHEZ-Campos

## PROBABLE CAUSE STATEMENT

The complainant states that Albino Torres-Farias, Miguel Angel Guzman-Bermudez and Fernando Guzman-Bermudez, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 23, 2021, Border Patrol Agent P. Murray was assigned to the State Route 94 Border Patrol Checkpoint, in the Brown Field Border Patrol Station's area of responsibility. This area is approximately seven miles north of the United States/Mexico International Boundary and 12 miles west of the Tecate, California Port of Entry.

At approximately 9:22 P.M., Agent Murray was performing primary inspection duties when he observed a gold Chevrolet Tahoe approach the stop sign at the checkpoint. Agent Murray approached the slowly moving Tahoe. The Tahoe proceeded to accelerate past Agent Murray, fleeing from the checkpoint at a high rate of speed. Agents attempted to use spike strips to demobilize the vehicle with no success.

Border Patrol Agents J. Munoz and A. Carlson responded in their government assigned Border Patrol vehicles. The gold Tahoe fled westbound on State Route 94. Agents had activated lights and sirens in order to pull the gold Tahoe over. Eventually the vehicle pulled over to the side of the road and opened both doors. As Agent Munoz pulled behind the vehicle the Tahoe took off again. The gold Tahoe side swiped Agent Munoz's vehicle.

Border Patrol Agents A. Mecham and H. Cabrera responded as well. The gold Tahoe attempted to evade agents by passing vehicles on the shoulder. The gold Tahoe eventually hit several civilian vehicles and lost control. When Agents Mecham and Cabrera pulled behind the gold Tahoe, the driver reversed and ended up ramming Agents Mecham and Cabrera's vehicle. The gold Tahoe then rammed Agent Carlson's vehicle. Agent Munoz was able to pin his vehicle against the gold Tahoe, preventing it from moving. Although the gold Tahoe was still trying to escape, Agent Munoz and Mecham were able to extract the driver, later identified as the defendant, Juan Francisco SANCHEZ-Campos, to place the vehicle in park. At approximately 9:30 P.M. Agent Mecham extracted SANCHEZ from the vehicle and placed him under arrest.

Border Patrol Agent J. Espinoza arrived on scene of the stopped Tahoe in Jamul, California.

**CONTINUATION OF COMPLAINT:**
Juan Francisco SANCHEZ-Campos

Agent Espinoza observed ten individuals sitting on the side of the road. Agent Espinoza approached the individuals and identified himself as a Border Patrol Agent. Agent Espinoza conducted an immigration inspection on the ten individuals, later identified as Juan Diego BERMUDEZ-Molina, Angel Miguel GUZMAN-Bermudez, Fernando GUZMAN-Bermudez, Arturo LOPEZ-Perez, Raymundo PAHUA-Tapia, David Maximiliano RIVERA-Sanabria, Jose Juan TINOCO-Alvarez, Rigoberto TORRES-Escobar, Albino TORRES-Farias and Brayan Ivan VALDESPINO-Verdugo. All ten individuals stated that they are citizens of Mexico, without any immigration documents that would allow them to enter in or remain in the United States legally. At approximately 9:29 P.M., Agent Espinoza placed all ten individuals under arrest. At the Brownfield Border Patrol Station, material witnesses Fernando GUZMAN-Bermudez, Miguel Angel GUZMAN-Bermudez, and Albino TORRES-Farias were interviewed. All three individuals admitted to being citizens of Mexico, without documents to remain in the United States. Fernando GUZMAN-Bermudez stated that he was charged $8,500 USD to be smuggled to Los Angeles, CA. When shown a photographic line up, Miguel Angel GUZMAN-Bermudez was able to identify Juan Francisco SANCHEZ-Campos as the driver of the gold Tahoe. Fernando GUZMAN-Bermudez, and Albino TORRES-Farias were unable to identify the SANCHEZ when shown a photographic lineup.